COM.

v.

**DITTBRENNER, D.**

**890 EDA 2016**

Superior Court of Pennsylvania.

05/30/2017

Reargument Denied 8/2/2017

CP–15–CR–0002229–2015 (Chester)

Affirmed

COM.

v.

**FERGUSON, E.**

**1263 MDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CP–22–CR–0004517–2014 (Dauphin)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**NEETZ, R.**

**752 MDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CP–18–CR–0000233–2015 (Clinton)

Affirmed

COM.

v.

**STONE, D.**

**1657 MDA 2016**

Superior Court of Pennsylvania.

05/30/2017

Reargument denied 8/3/2017

CP–41–CR–0001762–2015 (Lycoming)

Affirmed